# EXHIBIT "B"

**Electronically Filed**
**5/25/2022 3:51 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

**AFFIDAVIT OF SERVICE**

**DISTRICT COURT CLARK COUNTY**
**CLARK COUNTY, STATE OF NEVADA**

JAMI JACKSON, individually,

Plaintiff(s)

v.

NEVADA SPEEDWAY, LLC; et al.,

Defendant(s)

Case No.:A-22-852460-C
Sarah M. Banda, Esq., Bar No. 11909
NAQVI INJURY LAW
9500 W. Flamingo Rd Suite 104
Las Vegas, NV 89147
(702) 553-1000
*Attorneys for the Plaintiff*

Client File# 211092

I, Daniel LaMotte, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons; Complaint, from NAQVI INJURY LAW

That on 5/20/2022 at 2:10 PM I served the above listed documents to Nevada Speedway, LLC - c/o CT Corporation System, Registered Agent by personally delivering and leaving a copy at 701 S. Carson Street, Suite 200, Carson City, NV 89701-5262 with Ana Gomes - Admin., a person of suitable age and discretion, authorized by Registered Agent to accept service of process at the above address shown on the current certificate of designation filed with the Secretary of State.

That the description of the person actually served is as follows:
Gender: Female, Race: Caucasian, Age: 31 - 35 yrs., Height: Seated, Weight: 161 - 180 lbs., Hair: Brown, Eyes:Brown

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date: 5-23-2022

Daniel LaMotte
Registered Work Card# R-2020-01425
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Control #:NV258450
Reference: 211092