# EXHIBIT "C"

**RESNICK & LOUIS, P.C.**
JAMES BARRINGTON, ESQ.
Nevada Bar No. 9252
jbarrington@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*NEVADA SPEEDWAY, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMI JACKSON, individually,<br><br>Plaintiff,<br>v.<br><br>NEVADA SPEEDWAY, LLC; LAS VEGAS MOTOR SPEEDWAY, LLC; IPS SECURITY INC; SEGA MAMOE, individually; JAY FAA a/k/a JEROME FAALOUA, individually; TUPULAGA PEROFETA, individually; DOES 1 to 100 and ROE CORPORATIONS 1 to 100, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-958<br><br>**DEFENDANT NEVADA SPEEDWAY, LLC'S PETITION FOR REMOVAL** |

COMES NOW, Defendant, NEVADA SPEEDWAY, LLC, by and through its counsel of record, JAMES M. BARRINGTON, ESQ., of the law offices of RESNICK & LOUIS, P.C., and hereby removes the above-captioned action currently pending in the District Court of Clark County, Nevada to the United States District Court for the District of Nevada.

. . .

. . .

. . .

## I.

## BACKGROUND

1. On or about May 11, 2022, Plaintiff filed a Complaint in the District Court of Clark County, Nevada and an Amended Complaint on or about June 1, 2022, (hereinafter the "State Court Action"). The State Court Action was assigned Docket No. A-22-852460-C.[1]

2. On or about May 20, 2022, Defendant, Nevada Speedway, LLC's Registered Agent accepted service of the Plaintiff's Complaint in the State Court Action.[2] Since the time of service, the parties have been actively attempting to determine potential resolution prior to commencing litigation.

3. On or about June 1, 2022, Plaintiff filed a First Amended Complaint.[3]

4. NEVADA SPEEDWAY, LLC, LAS VEGAS MOTOR SPEEDWAY, LLC, IPS SECURITY INC, SEGA MAMOE, individually, JAY FAA a/k/a JEROME FAALOUA, individually, and TUPULAGA PEROFETA, are named as Defendants in the Amended Complaint. The Amended Complaint purports to assert cause of action sounding in Negligence.

5. NEVADA SPEEDWAY, LLC is a Delaware Limited Liability Company.

6. LAS VEGAS MOTOR SPEEDWAY, LLC, is a dissolved Delaware Limited Liability Company.

7. Defendant, SEGA MAMOE, is alleged to be a resident of Utah.

8. Defendant, JAY FAA, is alleged to be a resident of California.

9. Defendant, TUPULAGA PEROFETA, is alleged to be a resident of Washington.

---

[1] Exhibit "A": Plaintiff's Complaint

[2] Exhibit "B": Service of Process

[3] Exhibit "C": First Amended Complaint

10. Defendant, IPS SECURITY, INC., is alleged to be a foreign corporation.

11. In the Amended Complaint, Plaintiff alleges injuries as a result of a physical assault that occurred on or about October 18, 2021.[4]

12. Plaintiffs seeks general damages in excess of $15,000.00 for seven causes of action; special damages in excess of $15,000.00 for seven causes of action, exemplary or punitive damages in excess of $15,000.00 for seven causes of action; costs of this suit, attorney's fees and prejudgment interest; and "[a]ny other relief as the Court may seem just and proper in the premise. Plaintiff has also asserted that he has sustained injuries to his head, chest, neck, back, arms, knees, legs, bodily limbs, organs and systems, all or some of which conditions are permanent and disabling, allegedly as a result of the subject accident.

13. Pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441(a), this Petition for Removal is being filed in the United States District Court for the District of Nevada, which is part of the "district and division" embracing the place where this action was filed – Clark County, Nevada.

14. Pursuant to 28 U.S.C. §1446(d), a Notice of Removal to All Adverse Parties will be promptly served upon Plaintiff's Counsel and filed with the Clerk of the District Court of Clark County, Nevada.

## II.

## STATUTORY REQUIREMENTS: 28 U.S.C. § 1332

15. Diversity. This Court has diversity jurisdiction of this action pursuant to 28 U.S.C. §1332.

16. Plaintiff alleges in his Amended Complaint that he is a resident of the State of Nevada.

---

[4] *Id.*

17. Defendant, Nevada Speedway, LLC, is a foreign limited-liability company.

18. Defendant, Las Vegas Motor Speedway, LLC, is a foreign limited-liability company.

19. IPS Security Inc., is a foreign corporation.

20. Defendant, Sega Mamoe, is a resident of the State of Utah.

21. Defendant, Jay FAA a/k/a Jerome Faaloua, is a resident of the State of California.

22. Defendant, Tupulaga Perofeta, is a resident of the State of Washington.

23. Diversity, therefore, exists because Plaintiff is a citizen of Nevada; Defendant, Nevada Speedway is a Delaware Limited Liability Company; Defendant, Las Vegas Motor Speedway, LLC is dissolved; Defendant, IPS Security, Inc. is a foreign corporation, Defendant, Sega Mamoe, is a resident of Utah; Defendant, Jay FAA a/k/a Jerome Faaloua, is a resident of the State of California; and Defendant, Tupulaga Perofeta, is a resident of Washington, respectively.

24. Amount in Controversy. Plaintiffs seeks general damages in excess of $15,000.00 for seven causes of action ; special damages in excess of $15,000.00 for seven causes of action, exemplary or punitive damages in excess of $15,000.00 for seven causes of action; costs of this suit, attorney's fees and prejudgment interest; and "[a]ny other relief as the Court may seem just and proper in the premise. Using simply $15,000 times the number of causes of action, Plaintiff is seeking at a minimum, $105,000. As Plaintiff seeks at least $15,000 per cause of action for three different categories of damages, the amount in controversy, just based upon the pleadings, far exceeds $75,000.

25. Therefore, this Court has jurisdiction of this action pursuant to 28 U.S.C. §1332 since the alleged amount in controversy is in excess of $75,000.00.

. . .

**III.**

**CONCLUSION**

Based on the forgoing, Defendant, Nevada Speedway, LLC, respectfully requests this action be removed to this Court, that all further proceedings in the State Court be stayed, and that Defendant, Nevada Speedway, LLC, obtain all additional relief to which they are entitled.

DATED this 16th day of June, 2022.

**RESNICK & LOUIS, P.C.**

*<u>/s/ James M. Barrington</u>*
JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
*NEVADA SPEEDWAY, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing **DEFENDANT NEVADA SPEEDWAY, LLC'S PETITION FOR REMOVAL** was served this 16th day of June, 2022, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ] **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to EDCR Rule 7.26(c)(4).

Farhan R. Naqvi, Nevada Bar No. 8589
Sarah M. Banda, Nevada Bar No. 11909
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
sarah@naqvilaw.com
*Attorneys for Plaintiff,*
*JAMI JACKSON*

*/s/ Bonita Alexander*
Employee of Resnick & Louis, P.C.