# EXHIBIT "D"

# United States District Court
# District of Nevada (Las Vegas)
# CIVIL DOCKET FOR CASE #: 2:22-cv-00958-JCM-DJA

Jackson v. Nevada Speedway, LLC
Assigned to: Judge James C. Mahan
Referred to: Magistrate Judge Daniel J. Albregts
Case in other court: District Court-Clark County Nevada, A-22-852460-C
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 06/16/2022
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Jami Jackson**

represented by **Farhan R. Naqvi**
Naqvi Injury Law
9500 W Flamingo Rd.
Suite 104
Las Vegas, NV 89147
702-553-1000
Fax: 702-553-1002
Email: naqvi@naqvilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah M Banda**
Naqvi Injury Law
9500 W. Flamingo Road
Suite 104
Las Vegas, NV 89147
United Sta
7025531000
Fax: 7025531002
Email: sarah@naqvilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah M. Banda**
Naqvi Injury Law
9500 W. Flamingo Rd.
Suite 104

Las Vegas, NV 89147
702-553-1000
Fax: 702-553-1002
Email: sarah@naqvilaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nevada Speedway, LLC**

represented by **James Barrington**
Resnick & Louis, P.C.
8925 West Russell Road
Ste. 220
Las Vegas, NV 89148
702-997-3800
Fax: 702-853-5599
Email: jbarrington@rlattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Las Vegas Motor Speedway, LLC**

**Defendant**

**IPS Security Inc.**

represented by **Richard G. Campbell , Jr.**
Kaempfer Crowell
50 W. Liberty Street
Suite 700
Reno, NV 89501
775-852-3900
Fax: 775-327-2011
Email: rcampbell@kcnvlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sega Mamoe**

represented by **Richard G. Campbell , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Faa** represented by **Richard G. Campbell , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tupulaga Perofeta** represented by **Richard G. Campbell , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2022 | 1 | PETITION FOR REMOVAL from District Court-County of Nevada, Case Number A-22-852460-C, (Filing fee $ 402 receipt number ANVDC-6942475) by Nevada Speedway, LLC. Proof of service due by 8/9/2022. (Attachments: # 1 Civil Cover Sheet) (Barrington, James)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 06/16/2022) |
| 06/16/2022 | 2 | CERTIFICATE of Interested Parties by Nevada Speedway, LLC. There are no known interested parties other than those participating in the case (Barrington, James) (Entered: 06/16/2022) |
| 06/16/2022 | 3 | EXHIBIT to 1 Petition for Removal,, by Defendant Nevada Speedway, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Barrington, James) (Entered: 06/16/2022) |
| 06/16/2022 | | Party Las Vegas Motor Speedway, LLC, IPS Security Inc., Sega Mamoe, Jay Faa and Tupulaga Perofeta added from the Amended Complaint filed in state court. (SLD) (Entered: 06/16/2022) |
| 06/16/2022 | | Case randomly assigned to Magistrate Judge Daniel J. Albregts. (SLD) (Entered: 06/16/2022) |
| 06/16/2022 | 4 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Daniel J. Albregts on 6/16/2022. Statement regarding removed action is due by 7/1/2022. Joint Status Report regarding removed action is due by 7/16/2022. (Copies have been distributed pursuant to the NEF - SLD) (Entered: 06/16/2022) |
| 06/16/2022 | 5 | NOTICE of Assignment of Case to a United States Magistrate Judge pursuant to General Order 2021-03. Attached is a form to indicate whether you consent or decline to proceed before a Magistrate Judge. Please submit your consent or declination form within 21 days of filing your complaint or appearing as a defendant. See notice for details. |

| | | |
|---|---|---|
| | | Consent or declination is due by 7/7/2022. Please file the completed form under the filing event called Notice to Clerk - Consent or Declination in the Representation and Appearances civil menu category. (SLD) (Entered: 06/16/2022) |
| 06/27/2022 | 6 | CERTIFICATE of Interested Parties by Jami Jackson. There are no known interested parties other than those participating in the case (Banda, Sarah) (Entered: 06/27/2022) |
| 07/01/2022 | 7 | STATEMENT REGARDING REMOVAL by Defendant Nevada Speedway, LLC. (Barrington, James) (Entered: 07/01/2022) |
| 07/08/2022 | | Case randomly assigned to Judge James C. Mahan and Magistrate Judge Daniel J. Albregts. (EDS) (Entered: 07/08/2022) |
| 08/02/2022 | 8 | PROPOSED SUMMONS to be issued *IPS Security, Inc.* by Plaintiff Jami Jackson. (Banda, Sarah) (Entered: 08/02/2022) |
| 08/02/2022 | 9 | PROPOSED SUMMONS to be issued *Jay Faa a/k/a Jerome Faaloua* by Plaintiff Jami Jackson. (Banda, Sarah) (Entered: 08/02/2022) |
| 08/02/2022 | 10 | PROPOSED SUMMONS to be issued *Las Vegas Motor Speedway, LLC* by Plaintiff Jami Jackson. (Banda, Sarah) (Entered: 08/02/2022) |
| 08/02/2022 | 11 | PROPOSED SUMMONS to be issued *Nevada Speedway, LLC* by Plaintiff Jami Jackson. (Banda, Sarah) (Entered: 08/02/2022) |
| 08/02/2022 | 12 | PROPOSED SUMMONS to be issued *Sega Mamoe* by Plaintiff Jami Jackson. (Banda, Sarah) (Entered: 08/02/2022) |
| 08/02/2022 | 13 | PROPOSED SUMMONS to be issued *Tupulaga Perofeta* by Plaintiff Jami Jackson. (Banda, Sarah) (Entered: 08/02/2022) |
| 08/02/2022 | 14 | SUMMONS ISSUED as to All Defendants re 1 Petition for Removal (HAM) (Entered: 08/03/2022) |
| 08/03/2022 | 15 | First MOTION to Extend Time (First Request) *for Service of Summons and First Amended Complaint, and to Serve via Publication* re 14 Summons Issued by Plaintiff Jami Jackson. Responses due by 8/17/2022. (Attachments: # 1 Index Index of Exhibits to Plaintiff's Ex Parte Motion to Enlarge Time for Service of Summons and First Amended Complaint, and to Serve Via Publication, # 2 Exhibit 1 - Affidavit of Service to Nevada Speedway, LLC, dated 05/23/2022, # 3 Exhibit 2 - Affidavit of Service to Nevada Speedway, LLC, dated 7/1/2022, # 4 Exhibit 3 - Affidavit of Service to Las Vegas Motor Speedway, LLC, dated 5/25/2022, # 5 Exhibit 4 - Affidavit of Service to Las Vegas Motor Speedway, LLC, dated 6/30/2022, # 6 Exhibit 5 - Affidavit of Due Diligence to IPS Security, Inc., dated 5/27/2022, # 7 Exhibit 6 - Affidavit of Due Diligence to IPS Security, Inc., dated 6/2/2022, # 8 Exhibit 7 - Affidavit of Due Diligence to IPS Security, Inc., dated 6/3/2022, # 9 Exhibit 8 - Affidavit of Service to IPS Security, Inc., dated 7/11/2022, # 10 Exhibit 9 - Affidavit of Service to Sega Mamoe, dated 6/10/2022, # 11 Exhibit 10 - Affidavit of Due Diligence to Sega Mamoe, dated 7/12/2022, # 12 Exhibit 11 - Affidavit of Due Diligence to Jerome Faaloua, dated 7/1/2022, # 13 Exhibit 12 - Affidavit of Service to Tupulaga Perofeta, dated 7/12/2022, # 14 Exhibit 13 - Federal Summons to Sega Mamoe, # 15 Exhibit 14 - Federal Summons to Jerome Faaloua)(Banda, Sarah) (service) (Entered: 08/03/2022) |
| 08/09/2022 | 16 | ORDER granting in part and denying in part 15 Motion to Extend Time. Plaintiff must accomplish service by November 7, 2022. Signed by Magistrate Judge Daniel J. Albregts on 8/9/2022. (Copies have been distributed pursuant to the NEF - HAM) (Entered: 08/09/2022) |
| 08/19/2022 | 17 | ANSWER with Jury Demand re 1 Petition for Removal,, filed by Nevada Speedway, LLC. Discovery Plan/Scheduling Order due by 10/3/2022.(Barrington, James) |

| | | |
|---|---|---|
| | | NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 08/19/2022) |
| 08/23/2022 | 18 | MOTION for Service by Publication by Plaintiff Jami Jackson. (Attachments: # 1 Index Index of Exhibits to Plaintiff's Ex Parte Motion to Serve Via Publication, # 2 Exhibit 1 - Affidavit of Service to Sega Mamoe, dated 6/10/2022, # 3 Exhibit 2 - Affidavit of Due Diligence to Sega Mamoe, dated 7/12/2022, # 4 Exhibit 3 - Affidavit of Due Diligence to Jerome Faaloua, dated 7/1/2022 of, # 5 Exhibit Federal Summons to Sega Mamoe, # 6 Exhibit Federal Summons to Jerome Faaloua)(Banda, Sarah) (Entered: 08/23/2022) |
| 08/26/2022 | 19 | ORDER Granting 18 Motion for Service by Publication. Plaintiff is directed to mail a copy of this Order to Mamoe and Faas last known addresses. Signed by Magistrate Judge Daniel J. Albregts on 8/26/2022.(Copies have been distributed pursuant to the NEF - TRW) (Entered: 08/29/2022) |
| 09/12/2022 | 20 | NOTICE of Appearance by attorney Richard G. Campbell, Jr on behalf of Defendants Jay Faa, IPS Security Inc., Sega Mamoe, Tupulaga Perofeta. (Attachments: # 1 Exhibit 1) (Campbell, Richard) (Entered: 09/12/2022) |
| 09/12/2022 | 21 | SUMMONS Returned Executed by Jami Jackson re 14 Summons Issued. Jay Faa served on 9/12/2022. (Banda, Sarah) (Entered: 09/12/2022) |
| 09/12/2022 | 22 | ACCEPTANCE OF SERVICE by Jay Faa on 9/12/2022 executed by Jami Jackson re 14 Summons Issued. *and First Amended Complaint* (Banda, Sarah) (Entered: 09/12/2022) |
| 09/12/2022 | 23 | SUMMONS Returned Executed by Jami Jackson re 14 Summons Issued. IPS Security Inc. served on 8/18/2022; Las Vegas Motor Speedway, LLC served on 8/10/2022; Sega Mamoe served on 9/2/2022; Nevada Speedway, LLC served on 8/12/2022; Tupulaga Perofeta served on 8/11/2022. (Banda, Sarah) (Entered: 09/12/2022) |
| 09/22/2022 | 24 | CERTIFICATE of Interested Parties by Jay Faa, IPS Security Inc., Sega Mamoe, Tupulaga Perofeta. ~~There are no known interested parties other than those participating in the case~~ (Campbell, Richard) Modified by Clerk's Office to add David Sayed, Moetai Masina, and Virginia Masina as Interested Parties on 9/26/2022 (EDS). (Entered: 09/22/2022) |
| 10/03/2022 | 25 | Joint Stipulated Discovery Plan and Scheduling Order by Plaintiff Jami Jackson.. (Banda, Sarah) (Entered: 10/03/2022) |
| 10/04/2022 | 26 | Joint Stipulated Discovery Plan and Scheduling Order by Plaintiff Jami Jackson.. (Banda, Sarah) (Entered: 10/04/2022) |
| 10/05/2022 | 27 | ORDER denying as moot 25 Discovery Plan and Scheduling Order. SCHEDULING ORDER granting 26 Discovery Plan and Scheduling Order. Discovery due by 6/16/2023. Motions due by 7/17/2023. Proposed Joint Pretrial Order due by 8/16/2023. Signed by Magistrate Judge Daniel J. Albregts on 10/5/2022. (Copies have been distributed pursuant to the NEF - HAM) (Entered: 10/05/2022) |
| 10/05/2022 | 28 | NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website - www.nvd.uscourts.gov. **AO 85 Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (A copy of form AO 85 has been mailed to parties not receiving electronic service.) (HAM) (Entered: 10/05/2022) |

| | | |
|---|---|---|
| 10/07/2022 | 29 | MOTION to Remand to State Court by Plaintiff Jami Jackson. Responses due by 10/21/2022. (Attachments: # 1 Index Index of Exhibits to Plaintiff's Motion to Remand Case to State Court, # 2 Exhibit 1 - Email correspondence from Richard Campbell, Esq. dated 9/22/2022, # 3 Exhibit 2 - Las Vegas Metropolitan Police Department Report, # 4 Exhibit 3 - Declaration of Service on Sega Mamoe, # 5 Exhibit 4 - Defendants IPS Security, Inc., Sega Mamoe, Jerome Faaloua, and Tupulaga Perofetas Answer to Plaintiffs First Amended Complaint)(Banda, Sarah) (Entered: 10/07/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/19/2022 08:38:45 | | | |
| **PACER Login:** | jbarrington1620 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-00958-JCM-DJA |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |