# EXHIBIT "F"

Case 2:22-cv-00958-JCM-DJA Document 18 Filed 08/23/22 Page 1 of 11

FARHAN R. NAQVI
Nevada Bar No. 8589
SARAH M. BANDA
Nevada Bar No. 11909
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
sarah@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMI JACKSON, individually,<br><br>Plaintiff,<br>vs.<br><br>NEVADA SPEEDWAY, LLC; LAS VEGAS MOTOR SPEEDWAY, LLC; IPS SECURITY INC.; SEGA MAMOE, individually; JAY FAA a/k/a JEROME FAALOUA, individually; TUPULAGA PEROFETA, individually; DOES 1 to 100 and ROE CORPORATIONS 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00958-DJA<br><br>**EX PARTE MOTION TO SERVE VIA PUBLICATION** |

COMES NOW, Plaintiff JAMI JACKSON ("Plaintiff"), by and through his attorneys of record, FARHAN R. NAQVI and SARAH M. BANDA of NAQVI INJURY LAW, and moves this Court for an order to serve Defendants FAALOUA and MAMOE by publication.

This Motion is based upon the following *Memorandum of Points and Authorities, the Declaration in Support of Ex Parte Motion to Serve Via Publication,* any exhibits attached hereto, and the papers and pleadings on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**FACTUAL BACKGROUND**

This matter arises from an incident which occurred on October 18, 2021 wherein Plaintiff attempted to lawfully enter the Las Vegas Motor Speedway and was thereafter physically assaulted, battered and beaten by Defendants SEGA MAMOE, JAY FAA a/k/a JEROME FAALOUA, and TUPULAGA PEROFETA. As a result of the incident, Plaintiff sustained numerous traumatic injuries. The initial Complaint in this matter was filed May 11, 2022 and the First Amended Complaint in this matter was filed June 1, 2022 against Defendants NEVADA SPEEDWAY, LLC, LAS VEGAS MOTOR SPEEDWAY, LLC, IPS SECURITY, INC., SEGA MAMOE, JAY FAA a/k/a JEROME FAALOUA, and TUPULAGA PEROFETA ("Defendants"). Plaintiff's efforts to serve Defendants have included, but are not necessarily limited to, the below.

**A. Defendant Sega Mamoe**

After filing the Complaint, Plaintiff hired Nationwide Legal Nevada, LLC ("Nationwide") to serve Defendants. Nationwide attempted service of Defendant Sega Mamoe at his last known address, 42 North 500 West Apartment 104, Washington, Utah 84780, and was successful.[1] Plaintiff then filed a First Amended Complaint on June 1, 2022. Nationwide was hired to attempt service again, serving the First Amended Complaint. Las Vegas Process was then hired to serve Defendant Sega Mamoe with the First Amended Complaint, but was unsuccessful. Eight attempts were made at the address 42 North 500 West Apartment 104, Washington, Utah 84780 where said Defendant was previously served with the original Complaint, but was unsuccessful each time thereafter.[2]

---

[1] *See* Affidavit of Service, attached as *Exhibit 1.*
[2] *See* Affidavit of Due Diligence, attached hereto as *Exhibit 2.*

**B. Defendant Jay Faa a/k/a Jerome Faaloua**

After filing the Complaint, Plaintiff could not locate Defendant Jay Faa. After extensive research, Plaintiff located what appeared to be Jay Faa's true legal name – Jerome Faaloua. Plaintiff then filed a First Amended Complaint on June 1, 2022 amending the name of this Defendant. Plaintiff hired Las Vegas Process to attempt service of the First Amended Complaint at 11582 Candy Lane, Garden Grove, California 92840. Unfortunately, Defendant Faaloua no longer resides at this address. Las Vegas Process was asked to run a Skip Trace investigation, but no current address was found.[3]

Since this litigation has now been removed to Federal Court, Plaintiff is in the process of complying with Federal Court requirements, such as filing his Summons and re-serving each Defendant with the Federal Court material. Plaintiff is continuing the process of serving Defendants; however, Plaintiff will need to serve Defendants Jay Faa a/k/a Jerome Faaloua and Sega Mamoe via Publication due to the recent unsuccessful attempts to serve said Defendants with the First Amended Complaint.

This Honorable Court previously granted Plaintiff's Motion to extend the deadline for service and found that "Plaintiff has established due diligence in attempting to locate and serve Mamoa and Faa."[4] However, at that time, Plaintiff did not provide sufficient information to show that "The Spectrum" and "The Orange County Register" were newspapers of general circulation and, thus, the Court denied Plaintiff's request to serve by publication. Plaintiff submits this Motion with additional information about said publications, and Plaintiff respectfully requests an order permitting service upon Defendants Faaloua and Mamoe via publication.

---

[3] *See* Affidavit of Due Diligence, attached as *Exhibit 3.*

[4] *See* Order dated 8/9/22, ECF No. 16.

**II.**

**LEGAL ARGUMENT**

FRCP 4(e)(1) provides that service may be made "in a judicial district of the United States by: (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made[.]"[5] NRCP 4(e)(1)(i) permits a plaintiff to move for service by publication when "the person on whom service is to be made resides out of the state, or has departed from the state, or cannot, after due diligence, be found within the state, or by concealment seeks to avoid the service of summons…"[6] A request to serve via publication must be accompanied by an affidavit demonstrating the party's due diligence in attempting to personally serve the defendant.[7]

Plaintiff has diligently attempted to locate and serve Defendant Jay Faa a/k/a Jerome Faaloua and Sega Mamoe, but to no avail. Specifically, Plaintiff retained professional process servers Nationwide and Las Vegas Process to locate and serve Defendants Faaloua and Mamoe. Unfortunately, despite making numerous efforts to locate and serve said Defendants, neither Nationwide nor Las Vegas Process was successful in serving either Defendant with the First Amended Complaint:

**A. Defendant Sega Mamoe**

After filing the Complaint, Plaintiff hired Nationwide Legal Nevada, LLC ("Nationwide") to serve Defendants. Nationwide attempted service of Defendant Sega Mamoe at his last known address, 42 North 500 West Apartment 104, Washington, Utah 84780, and was successful.[8] Plaintiff then filed a First Amended Complaint on June 1, 2022. Nationwide

---

5 FRCP 4(e)(1).
6 NRCP 4(e)(1)(i).
7 NRCP 4(e)(1)(i).
8 *See* Affidavit of Service, attached as *Exhibit 1.*

was hired to attempt service again, serving the First Amended Complaint. Las Vegas Process was then hired to serve Defendant Sega Mamoe with the First Amended Complaint, but was unsuccessful. Eight attempts were made at the address 42 North 500 West Apartment 104, Washington, Utah 84780 where said Defendant was previously served with the original Complaint, but was unsuccessful each time thereafter.[9]

**B. Defendant Jay Faa a/k/a Jerome Faaloua**

After filing the Complaint, Plaintiff could not locate Defendant Jay Faa. After extensive research, Plaintiff located what appeared to be Jay Faa's true legal name – Jerome Faaloua. Plaintiff then filed a First Amended Complaint on June 1, 2022 amending the name of this Defendant. Plaintiff hired Las Vegas Process to attempt service of the First Amended Complaint at 11582 Candy Lane, Garden Grove, California 92840. Unfortunately, Defendant Faaloua no longer resides at this address. Las Vegas Process was asked to run a Skip Trace investigation, but no current address was found.[10]

As evidenced above and in the Affidavits of Due Diligence attached hereto as *Exhibits 2 and 3*, Plaintiff has made numerous efforts to locate and serve Defendants Faaloua and Mamoe with the First Amended Complaint. The Court has already determined that Plaintiff established due diligence in attempting to serve these Defendants. The only questions remaining is whether the publications suggested by Plaintiff are "newspapers of general circulation." Specifically, Plaintiff is now seeking to serve Defendants Faaloua and Mamoe by publication. Plaintiff intends to publish a copy of the Summons for Sega Mamoe[11] in the Spectrum, a daily newspaper of general circulation, or other appropriate publication, approximately five (5) times over the course of four

---

9 *See* Affidavit of Due Diligence, attached as *Exhibit 2.*
10 *See* Affidavit of Due Diligence, attached as *Exhibit 3.*
11 *See* Summons, attached hereto as *Exhibit 4.*

(4) weeks. Plaintiff intends to publish a copy of the Summons for Jerome Faaloua[12] in the Orange County Register, a daily newspaper of general circulation, or other appropriate publication, approximately five (5) times over the course of four (4) weeks.

"The Spectrum" is part of the USA TODAY Network.[13] It is provided in online as well as print formats, with print options including delivery every Sunday-Friday and unlimited daily digital access. The Spectrum has a dedicated "Legals" section. Upon information and belief, The Spectrum delivers to 42 North 500 West Apartment 104, Washington, UT 84780. "The Orange County Register" covers all of Orange County and has 5 million monthly readers.[14] It provides online as well as print options including daily delivery and unlimited digital access. The Orange County Register has a dedicated "Legals" section.[15] Upon information and belief, the Orange County register delivers to the area code 92840. Both of these publications are reasonably calculated to give Defendants notice the proceedings as they are common publications in the geographic areas where Defendants are believed to reside and both publications contain "legal notices" in print and online formats.

Given that "The Spectrum" and "The Orange County Register," are newspapers of general circulation, Plaintiff respectfully requests to serve Defendants SEGA MAMOE and JAY FAA a/k/a JEROME FAALOUA via publication.

///

///

///

---

[12] *See* Summons, attached hereto as *Exhibit 5.*
[13] https://www.thespectrum.com/
[14] https://socalnewsgroup.com/publications
[15] https://www.ocregister.com/

**III.**

**CONCLUSION**

Based upon the foregoing, Plaintiff respectfully requests that this Court enter an order permitting Plaintiff to serve Defendants SEGA MAMOE and JAY FAA a/k/a JEROME FAALOUA via publication.

DATED this 23rd day of August, 2022.

NAQVI INJURY LAW

By: */s/ Sarah M. Banda*
FARHAN R. NAQVI
Nevada Bar No. 8589
SARAH M. BANDA
Nevada Bar No. 11909
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

NAQVI INJURY LAW

**DECLARATION OF SARAH M. BANDA, ESQ. IN SUPPORT OF EX PARTE MOTION TO SERVE BY PUBLICATION**

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

SARAH M. BANDA, ESQ., counsel for Plaintiff, hereby declares:

1. I am an attorney licensed to practice before this honorable court, and practice with Naqvi Injury Law located at 9500 West Flamingo Road, Suite 104, Las Vegas, Nevada 89147. I am competent to testify, and if asked by the Court, I may do so.

2. The office of Naqvi Injury Law has been retained to represent the Plaintiff, JAMI JACKSON, in this matter.

3. Plaintiff filed a Complaint against Defendants NEVADA SPEEDWAY, LLC, LAS VEGAS MOTOR SPEEDWAY, LLC, IPS SECURITY, INC., SEGA MAMOE, JAY FAA a/k/a JEROME FAALOUA AND TUPULAGA PEROFETA on May 11, 2022. Plaintiff then filed a First Amended Complaint on June 1, 2022 after learning that, upon information and belief, the true identity of Jay Faa is Jerome Faaloua.

4. Defendant, Nevada Motor Speedway, LLC filed a Petition for Removal from District Court to Federal Court on June 16, 2022. At the time Defendant removed the matter to Federal Court, Plaintiff was in the process of serving all Defendants with the First Amended Complaint.

5. Plaintiff is in the process of complying with Federal Court requirements, such as filing Federal Summons and re-serving each Defendant with the Federal Court Summons and First Amended Complaint.

///

6. Plaintiff has encountered difficulty in locating Defendants SEGA MAMOE and JAY FAA a/k/a JEROME FAALOUA.

7. Regarding SEGA MAMOE: After filing the Complaint, Plaintiff hired Nationwide Legal Nevada, LLC ("Nationwide") to serve Defendants. Nationwide attempted service of Defendant Sega Mamoe at his last known address, 42 North 500 West Apartment 104, Washington, Utah 84780, and was successful. Plaintiff then filed a First Amended Complaint on June 1, 2022. Nationwide was hired to attempt service again, serving the First Amended Complaint. Las Vegas Process was then hired to serve Defendant Sega Mamoe with the First Amended Complaint, but was unsuccessful. Eight attempts were made at the address 42 North 500 West Apartment 104, Washington, Utah 84780 where said Defendant was previously served with the original Complaint, but was unsuccessful each time thereafter

8. Regarding JAY FAA a/k/a JEROME FAALOUA: After filing the Complaint, Plaintiff could not locate Defendant Jay Faa. After extensive research, Plaintiff located what appeared to be Jay Faa's true legal name – Jerome Faaloua. Plaintiff then filed a First Amended Complaint on June 1, 2022 amending the name of this Defendant. Plaintiff hired Las Vegas Process to attempt service of the First Amended Complaint at 11582 Candy Lane, Garden Grove, California 92840. Unfortunately, Defendant Faaloua no longer resides at this address. Las Vegas Process was asked to run a Skip Trace investigation, but no current address was found.

9. Despite the diligent efforts noted above, has been unable to serve Defendants with the First Amended Complaint.

///

10. Upon information and belief, SEGA MAMOE and JAY FAA a/k/a JEROME FAALOUA are avoiding service and/or cannot otherwise be located to be personally serve.

11. Plaintiff respectfully requests that the Court allow Plaintiff to serve Defendants SEGA MAMOE and JAY FAA a/k/a JEROME FAALOUA via publication.

12. The same is to be accomplished by publishing a copy of the Summons for Sega Mamoe through the Spectrum, a daily newspaper of general circulation, or other appropriate publication, approximately five (5) times over the course of four (4) weeks. "The Spectrum" is part of the USA TODAY Network.[16] It is provided in online as well as print formats, with print options including delivery every Sunday-Friday and unlimited daily digital access. The Spectrum has a dedicated "Legals" section. Upon information and belief, The Spectrum delivers printed newspapers to 42 North 500 West Apartment 104, Washington, UT 84780.

///

///

///

[16] https://www.thespectrum.com/

13. The same is to be accomplished by publishing a copy of the Summons for Jerome Faaloua through the Orange County Register, a daily newspaper of general circulation, or other appropriate publication, approximately five (5) times over the course of four (4) weeks. "The Orange County Register" covers all of Orange County and has 5 million monthly readers.[17] It provides online as well as print options including daily delivery and unlimited digital access. The Orange County Register has a dedicated "Legals" section.[18] Upon information and belief, the Orange County register delivers to the area code 92840.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct to the best of my knowledge.

EXECUTED this *23rd* day of August, 2022.

*/s/ Sarah M. Banda*
SARAH M. BANDA, ESQ.

[17] https://socalnewsgroup.com/publications
[18] https://www.ocregister.com/