# EXHIBIT "G"

LV Process and Investigations, LLC
10829 WHIPPLE CREST AVE
Las Vegas, NV 89166

Atty File #: 18913
Job ID #: 512301

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, COUNTY OF , STATE OF

| | |
|---|---|
| Plaintiff/Petitioner: JAMI JACKSON, individually<br>vs.<br>Defendant/Respondent: NEVADA SPEEDWAY, LLC; et al. | **DECLARATION OF SERVICE**<br>Case No: 2:22-CV-00958-DJA |

Legal documents received by COURT OPS on the August 10, 2022 to be served on:

**Sega Mamoe**
42 N. 500 W. APT. 104 WASHINGTON, UT 84780

I, **Erin Johnson**, being duly sworn, swear and affirm that on the **September 02, 2022** at **06:40 PM**, I did the following:

**SERVED:** by delivering a true copy of this **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL APPEARANCE FEE DISCLOSURE STATEMENT; DEMAND FOR JURY TRIAL; DISTRICT COURT CIVIL COVER SHEET** to: **LAMANA MUAE , CO-RESIDENT** at the address of: **42 N. 500 W. APT. 104 WASHINGTON, UT 84780** of the named person's usual place of abode, who resides therein and is of suitable age and discretion.

**Supplemental Data Appropriate to this Service:**

**42 N. 500 W. APT. 104 WASHINGTON, UT 84780**

**Attempts:**
**8/12/2022** at **06:17 PM** by server ERIN JOHNSON at 42 N. 500 W. APT. 104, WASHINGTON, UT 84780: DOGS INSIDE KNOCKED NO ANSWER. SPOKE WITH UPSTAIRS NEIGHBORS. GOT LAND LORDS #.

**8/19/2022** at **05:25 PM** by server ERIN JOHNSON at 42 N. 500 W. APT. 104 WASHINGTON, UT 84780: NO VEHICLES. COULD HEAR TV. NO ANSWER

**8/26/2022** at **12:21 PM** by server ERIN JOHNSON at 42 N. 500 W. APT. 104, WASHINGTON, UT 84780

**8/29/2022** at **05:18 PM** by server ERIN JOHNSON at 42 N. 500 W. APT. 104, WASHINGTON, UT 84780

**Description of the person served:**

Gender: Male, Race/Skin Color: Native Hawaiian or Other Pacific Islander, Hair Color: Black, Approx. Age: 35-49, Approx. Height: 5' 11", Approx. Weight: 200+, Other: BEARD, GOATEE

I HEREBY CERTIFY that I am 18 years of age or older, a resident of the State of Utah, and have no interest in the above legal matter. I further certify that at the time of service of the said article(s), I endorsed my name and official title and added the date thereto. I declare under criminal penalty of the State of Utah that the foregoing is true and correct. (Utah State Code: 78B-18a. Unsworn Declaration in Lieu of Affidavit)

Erin Johnson

COURT OPS

Erin Johnson
COURT OPS
5693 S Redwood Rd, Ste 13
Taylorsville, UT 84123
(801) 261-9000